STANDARD LIVE STOCK INSURANCE COMPANY *v.*
ATKINSON.

[No. 22,929.   Filed March 17, 1916.   Rehearing denied June 2, 1916.]

APPEAL.—*Reservation of Grounds of Review.—Exceptions.—Grounds.—*
An assignment of error that the trial court erred in certain con-
clusions of law because certain findings of fact were not sustained
by sufficient evidence presents no question for appellate considera-
tion since exceptions to conclusions of law assume that the facts
were correctly found.

From Marion Superior Court; *Clarence E. Weir*,
Judge.

Action by Isaac J. Atkinson against the Standard
Live Stock Insurance Company. From a judg-
ment for plaintiff, the defendant appeals. (Trans-
ferred from the Appellate Court under §1405
Burns 1914, Acts 1901 p. 590.)   *Affirmed.*

*Charles E. Henderson*, for appellant.
*Emsley W. Johnson* and *Joseph W. Hutchinson*,
for appellee.

MORRIS, C. J.—Suit by appellee against ap-
pellant on a live stock insurance policy for loss of a
stallion.   There was a trial by the court, with special
findings of fact, and conclusions of law to which
appellant excepted.

One of the assigned errors relied on for reversal
is that the court erred in its conclusions of law
Nos. 1, 2 and 3, because neither the thirteenth nor
fourteenth finding of fact is sustained by sufficient
evidence and that each is contrary to law.   This
presents no question.   Exceptions to conclusions
of law assume that the facts were correctly found.

It is further urged that the decision of the trial
court is not sustained by sufficient evidence and is
contrary to law.   The contention here relates to
the sufficiency of the evidence to support the

finding that appellant waived the performance by appellee of a condition of the policy. We have examined the evidence and are of the opinion that it 's sufficient to warrant the court's finding. Judgment affirmed.

NOTE.—Reported in 111 N. E. 913. See 3 C. J. 938; 2 Cyc 730; 38 Cyc 1992.